OPINION — AG — ** WORKERS' COMPENSATION — INDIANS ** THE CHICKAW INDIAN TRIBE IS 'NOT' AN " EMPLOYER " REQUIRED BY 85 O.S. 2 [85-2](B), 85 O.S. 11 [85-11] TO CARRY WORKERS' COMPENSATION INSURANCE ON ITS EMPLOYEES. (EMPLOYER, RELATIONSHIP, INDIANS, COVERAGE, GOVERNMENTAL FUNCTION , DEFINITIONS) CITE: 85 O.S. 1 [85-1], 85 O.S. 3 [85-3](3), 85 O.S. 11 [85-11] (MICHAEL SCOTT FERN)